| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249 | |
|---|---|
| **Plaintiff(s)** WINNA VANDER LAAN<br>v.<br>**Defendant(s)** WARREN ROBERTS, MD | DATE FILED: November 6, 2012<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2012CV842<br>Division: 3      Courtroom: |
| **Order** | |

SO ORDERED.

Issue Date: 11/6/2012

*[signature]*

D D MALLARD
District Court Judge

**EXHIBIT**
**I**

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 6th Street, Boulder, CO 80302<br><br>Plaintiff:  WINNA VANDER LAAN,<br>v.<br>Defendant:  WARREN ROBERTS, M.D. | ▲ COURT USE ONLY ▲<br>Case No. 2012-CV-842<br>Division 3 |
| **ORDER RE: DEFENDANT WARREN ROBERTS M.D.'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

   THIS MATTER COMES before the Court on Defendant's unopposed motion for extension of time to respond to Plaintiff's Complaint and Certificate of Review. The Court, having reviewed the motion, and being otherwise apprised in its premises, hereby grants the motion for extension of time.

   IT IS FURTHER ORDERED that Defendant Roberts shall have up to and including November 29, 2012 in which to answer or otherwise respond to Plaintiff's Complaint and Certificate of Review.

Dated this ____ Day of November, 2012.

                              BY THE COURT:


                              _____
                              DISTRICT COURT JUDGE