| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249 | DATE FILED: December 19, 2012 |
| **Plaintiff(s)** WINNA VANDER LAAN<br>v.<br>**Defendant(s)** WARREN ROBERTS, MD | |
| | ⚠ **COURT USE ONLY** ⚠<br>Case Number: 2012CV842<br>Division: 3    Courtroom: |
| **Order EXT designate nonparties** | |

SO ORDERED.

Issue Date: 12/19/2012

*/s/ D D Mallard*

D D MALLARD
District Court Judge

| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>1777 6th Street, Boulder, CO 80302<br><br>Plaintiff:      WINNA VANDER LAAN,<br>v.<br>Defendant:   WARREN ROBERTS, M.D. | ▲ COURT USE ONLY ▲<br>Case No. 2012-CV-842<br>Division 3 |
|---|---|

**ORDER RE: DEFENDANT WARREN ROBERTS, M.D.'S, MOTION FOR EXTENSION OF TIME TO DESIGNATE NONPARTIES AT FAULT**

   THIS MATTER COMES before the Court on Defendant Warren Roberts M.D.'s motion to extend the deadline to designate nonparties at fault. The Court, having reviewed the motion, and being otherwise apprised in its premises, hereby GRANTS the motion.

   IT IS FURTHER ORDERED that Defendant Roberts has up to, and including, thirty (30) days after Plaintiff's deposition, to designate any nonparties at fault in accordance with Colo. Rev. Stat. § 13-21-111.5(3)(b).

DATED this ___ Day of _____, 2012.

                                                                    BY THE COURT:


                                                                    _____
                                                                    DISTRICT COURT JUDGE