| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249 | DATE FILED: January 7, 2013 |
| **Plaintiff(s)** WINNA VANDER LAAN<br>v.<br>**Defendant(s)** WARREN ROBERTS, MD | |
| | ⚠ **COURT USE ONLY** ⚠<br>Case Number: 2012CV842<br>Division: 3     Courtroom: |
| **Order RE COST BOND** | |

DENIED.

Issue Date: 1/7/2013

*[signature: D D Mallard]*

D D MALLARD
District Court Judge

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249 | |
| **Plaintiff(s)** WINNA VANDER LAAN<br>v.<br>**Defendant(s)** WARREN ROBERTS, MD | ⚠ **COURT USE ONLY** ⚠<br>Case Number: 2012CV842<br>Division: 3     Courtroom: |
| **Order RE COST BOND** | |

Based on the Plaintiff's Affidavit which states she is indigent and Walcott v. District Court, Second Judicial Dist., 924 P.2d 163 (Colo. 1996) (requirement that nonresident plaintiff file cost bond could be waived if nonresident plaintiff was indigent), the Court will waive the requirement of a cost bond.

Dated: 1/7/2013

*[signature: DDMallard]*

D D  MALLARD
District Court Judge