| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249 | DATE FILED: January 7, 2013 |
| **Plaintiff(s)** WINNA VANDER LAAN<br>v.<br>**Defendant(s)** WARREN ROBERTS, MD | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2012CV842<br>Division: 3    Courtroom: |
| **Order granting mtn to strike** | |

GRANTED.

Issue Date: 1/7/2013

*/s/ DDMallard*

D D MALLARD
District Court Judge

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Court Address:<br>1777 Sixth Street P.O. Box 4249, Boulder, CO, 80306-4249 | |
| **Plaintiff(s)** WINNA VANDER LAAN<br>v.<br>**Defendant(s)** WARREN ROBERTS, MD | ⚠ **COURT USE ONLY** ⚠<br>Case Number: 2012CV842<br>Division: 3     Courtroom: |
| **Order granting mtn to strike** | |

The information about patient E.P. and the Medical Board proceedings may, or may not, be admissible at trial. It is too early in this litigation to make that determination. Plaintiff may file a motion at the appropriate time to request such a determination.

In the meantime, the Court will GRANT the motion to strike since Complaints are public documents.

Dated: 1/7/2013

*DDMallard*

D D MALLARD
District Court Judge