**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  13-cv-00071-LTB

WINNA VANDER LAAN,

    Plaintiff,

v.

WARREN ROBERTS, M.D.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 11 - filed January 31, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

          BY THE COURT:

            s/Lewis T. Babcock
          Lewis T. Babcock, Judge

DATED:   February 1, 2013